WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(949) 477-5050; Fax: (949) 477-9200
rwright@wrightlegal.net

WRIGHT, FINLAY & ZAK, LLP
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendant, Federal National Mortgage Association*

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLARENCE M. WILLIS and THOMAS WILLIS,: | Case No.: 2:11-cv-00777-KJD -GWF |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION. | |
| Defendant. | |

Federal National Mortgage Association hereby substitutes and appoints the firm of Wright, Finlay & Zak, LLP as its attorneys in the above-entitled matter in place and stead of McCarthy & Holthus, LLP.

Dated: June 17 , 2011.    FEDERAL NATIONAL MORTGAGE ASSOCIATION

By: _____
    Federal National Mortgage Association

McCarthy & Holthus, LLP, hereby substitutes in its place and stead the law firm of Wright, Finlay & Zak, LLP as attorneys for Federal National Mortgage Association in the above-entitled matter.

Dated: 6/17 , 2011                    MCCARTHY & HOLTHUS, LLP

                                      By: 7/7/
                                      Christopher M. Hunter, Esq.

Wright, Finlay & Zak, LLP hereby accepts substitution as attorneys for Federal National Mortgage Association in the above-entitled matter in place and stead of McCarthy & Holthus, LLP.

Dated: June 28 , 2011                 WRIGHT, FINLAY & ZAK, LLP

                                      By: Christopher L. Benner #8963 for
                                      Donna M. Osborn, Esq.,
                                      Nevada Bar No. 6527
                                      5532 S. Ft. Apache Rd., Suite 110
                                      Las Vegas, NV 89148


                    **IT IS SO ORDERED.**

                    GEORGE FOLEY, JR.
                    **United States Magistrate Judge**

                    **DATED:   June 29, 2011**


2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that

service of the foregoing **SUBSTITION OF ATTORNEY** was made on the _28_ day of

_June_ , 2011, by depositing a true copy of same in the United States Mail, at Las Vegas,

Nevada, and faxed to addressed as follows:

Clarence M. Willis
4912 Canadian Drive
Las Vegas, NV 89130
*Plaintiff Pro Se*

Thomas Willis
4912 Canadian Drive
Las Vegas, NV 89130
*Plaintiff Pro Se*

An Employee of WRIGHT, FINLAY & ZAK, LLP

3